HILO FINANCE & THRIFT CO., LTD.
*v.* GEORGE B. CAREY.

NO. 2579.

---

FILED APRIL 30, 1947.                         DECIDED MAY 1, 1947.

KEMP, C. J., PETERS AND LE BARON, JJ.

*Per Curiam.* The defendant petitions for a rehearing of the cause decided by this court in its opinion recorded on page 503 *ante.*

The stated grounds of his petition merely present questions which were fully briefed and argued by the parties and carefully considered by the court in its recorded opinion. They therefore do not constitute a sufficient basis upon which to entertain a rehearing.

Upon well-settled principles repeatedly enunciated by this court, the petition is denied without argument.

*P. Cass* for the petition.